**Order entered March 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00312-CV

**LARRY D. TOLIVER, Appellant**

**V.**

**RUTH ANTWINE-TOLIVER, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-12-379**

## ORDER

We **GRANT** appellant's March 25, 2013 motion for an extension of time to file a docketing statement. Appellant shall file a docketing statement on or before April 26, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE